IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CURT RICE,**

    **Plaintiff,**

v.                                       **CIVIL ACTION NO. 3:14-CV-93**
                                              **(JUDGE GROH)**

**GREEN TREE SERVICING, LLC,**

    **Defendant.**

## SCHEDULING ORDER CHECKLIST

1. MEDIATION held on or before June 25, 2015.

2. JOINDER AND AMENDMENTS by October 31, 2014

3. EXPERT DISCLOSURE

    a. With burden by February 3, 2015

    b. Without burden by March 3, 2015

4. EXAMINATION/INSPECTIONS by February 3, 2015

5. DISCOVERY COMPLETION by April 3, 2015

6. DISPOSITIVE MOTIONS by April 30, 2015. Responses and replies to be filed in accordance with LR Civ.P. 7.02(b).

7. PRETRIAL DISCLOSURES, Fed. R. Civ.P. 26(a)(3) by August 11, 2015

    a. Objections by August 25, 2015

8. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS by August 11, 2015

    a. Objections by August 25, 2015

9. MOTIONS IN LIMINE by August 11, 2015

    a. Objections by August 25, 2015

10. JOINT FINAL PRETRIAL CONFERENCE ORDER by September 11, 2015

11. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by September 11, 2015.

12. FINAL PRETRIAL CONFERENCE in September 2015

13. BENCH TRIAL in October 2015

The parties do not require a telephonic scheduling conference, and request the Court to enter a scheduling order based upon their Rule 26(f) Meeting Report, proposed discovery plan and this Scheduling Order Checklist.

Respectfully submitted,

| /s/ Andrew C. Skinner | /s/ Debra Lee Hovatter |
|---|---|
| Andrew C. Skinner (WV Bar No. 9314) | Debra Lee Hovatter (WV Bar #9838) |
| Skinner Law Firm | Spilman Thomas & Battle, PLLC 615 |
| P.O. Box 487 | P.O. Box 615 |
| Charles Town, WV 25414 | Morgantown, WV 26507-0615 |
| 304.725.7029 | 304.291.7920 |
| 304.725.4081 (Facsimile) | 304.291.7979 (Facsimile) |
| askinner@skinnerfirm.com | dhovatter@spilmanlaw.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |