UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CURT RICE,**

    **Plaintiff,**

**v.**                                         **CIVIL ACTION NO. 3:14-CV-93 (Groh)**

**GREEN TREE SERVICING, LLC,**

    **Defendant.**

<u>**CERTIFICATE OF SERVICE**</u>

    I, Debra Lee Hovatter, counsel for defendant Green Tree Servicing LLC, do hereby certify that on November 5, 2014, I electronically filed the **Certificate of Service** for **Defendant Green Tree Servicing LLC's First Set of Interrogatories and Requests for Production of Documents** and that the same has been served upon counsel of record via electronic notification through the Court's CM/ECF system and regular U.S. Mail, as follows:

    Andrew C. Skinner, Esq.
    Skinner Law Firm
    P.O. Box 487
    Charles Town, WV  25414
    **Counsel for Plaintiff**

                                            /s/ *Debra Lee Hovatter*
                                            Debra Lee Hovatter (WV Bar No. 9838)