# EXHIBIT B-2

Case 3:14-cv-00093-GMG Document 23-5 Filed 04/30/15 Page 2 of 3 PageID #: 288

| Loan Number | |
|---|---|
| Customer Name | RICE |
| Lien Position | |
| Truth in Lending Amt | |
| Date Pymt | 9/1/2010 |
| Loan Amount | $ 340,123.01 |

| Loan Disbursement Date | |
|---|---|
| Step 1 | 3.000% |
| Step 2 | |
| Regular Payment Amt | $ 1,567.99 |

| Payment Number | Date Payment Rec'd | Payment Amount | Interest Rate | Number of Days | Princ Pymt Amount | Current Interest Due | Prior Pymt Int Due | Principal Reduction | Principle Paid | Principle Balance | Interest EXC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/1/2010 | 1567.99 | 3.000% | 30 | 0.00 | 850.31 | 0.00 | 0.00 | 717.68 | 339405.33 | 0.00 |
| 2 | 10/1/2010 | 1567.99 | 3.000% | 30 | 0.00 | 848.51 | 0.00 | 0.00 | 719.48 | 338685.85 | 0.00 |
| 3 | 11/1/2010 | 1567.99 | 3.000% | 30 | 0.00 | 846.71 | 0.00 | 0.00 | 721.28 | 337964.57 | 0.00 |
| 4 | 12/1/2010 | 1567.99 | 3.000% | 30 | 0.00 | 844.91 | 0.00 | 0.00 | 723.08 | 337241.49 | 0.00 |
| 5 | 1/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 843.10 | 0.00 | 0.00 | 724.89 | 336516.60 | 0.00 |
| 6 | 2/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 841.29 | 0.00 | 0.00 | 726.7 | 335789.90 | 0.00 |
| 7 | 3/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 839.47 | 0.00 | 0.00 | 728.52 | 335061.38 | 0.00 |
| 8 | 4/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 837.65 | 0.00 | 0.00 | 730.34 | 334331.04 | 0.00 |
| 9 | 5/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 835.83 | 0.00 | 0.00 | 732.16 | 333598.88 | 0.00 |
| 10 | 6/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 834.00 | 0.00 | 0.00 | 733.99 | 332864.89 | 0.00 |
| 11 | 7/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 832.16 | 0.00 | 0.00 | 735.83 | 332129.06 | 0.00 |
| 12 | 8/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 830.32 | 0.00 | 0.00 | 737.67 | 331391.39 | 0.00 |
| 13 | 9/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 828.48 | 0.00 | 0.00 | 739.51 | 330651.88 | 0.00 |
| 14 | 10/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 826.63 | 0.00 | 0.00 | 741.36 | 329910.52 | 0.00 |
| 15 | 11/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 824.78 | 0.00 | 0.00 | 743.21 | 329167.31 | 0.00 |
| 16 | 12/1/2011 | 1567.99 | 3.000% | 30 | 0.00 | 822.92 | 0.00 | 0.00 | 745.07 | 328422.24 | 0.00 |
| 17 | 1/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 821.06 | 0.00 | 0.00 | 746.93 | 327675.31 | 0.00 |
| 18 | 2/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 819.19 | 0.00 | 0.00 | 748.8 | 326926.51 | 0.00 |
| 19 | 3/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 817.32 | 0.00 | 0.00 | 750.67 | 326175.84 | 0.00 |
| 20 | 4/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 815.44 | 0.00 | 0.00 | 752.55 | 325423.29 | 0.00 |
| 21 | 5/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 813.56 | 0.00 | 0.00 | 754.43 | 324668.86 | 0.00 |
| 22 | 6/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 811.67 | 0.00 | 0.00 | 756.32 | 323912.54 | 0.00 |
| 23 | 7/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 809.78 | 0.00 | 0.00 | 758.21 | 323154.33 | 0.00 |
| 24 | 8/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 807.89 | 0.00 | 0.00 | 760.1 | 322394.23 | 0.00 |
| 25 | 9/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 805.99 | 0.00 | 0.00 | 762 | 321632.23 | 0.00 |
| 26 | 10/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 804.08 | 0.00 | 0.00 | 763.91 | 320868.32 | 0.00 |
| 27 | 11/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 802.17 | 0.00 | 0.00 | 765.82 | 320102.50 | 0.00 |
| 28 | 12/1/2012 | 1567.99 | 3.000% | 30 | 0.00 | 800.26 | 0.00 | 0.00 | 767.73 | 319334.77 | 0.00 |
| 29 | 1/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 798.34 | 0.00 | 0.00 | 769.65 | 318565.12 | 0.00 |
| 30 | 2/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 796.41 | 0.00 | 0.00 | 771.58 | 317793.54 | 0.00 |
| 31 | 3/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 794.48 | 0.00 | 0.00 | 773.51 | 317020.03 | 0.00 |
| 32 | 4/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 792.55 | 0.00 | 0.00 | 775.44 | 316244.59 | 0.00 |
| 33 | 5/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 790.61 | 0.00 | 0.00 | 777.38 | 315467.21 | 0.00 |
| 34 | 6/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 788.67 | 0.00 | 0.00 | 779.32 | 314687.89 | 0.00 |
| 35 | 7/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 786.72 | 0.00 | 0.00 | 781.27 | 313906.62 | 0.00 |
| 36 | 8/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 784.77 | 0.00 | 0.00 | 783.22 | 313123.40 | 0.00 |
| 37 | 9/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 782.81 | 0.00 | 0.00 | 785.18 | 312338.22 | 0.00 |
| 38 | 10/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 780.85 | 0.00 | 0.00 | 787.14 | 311551.08 | 0.00 |
| 39 | 11/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 778.88 | 0.00 | 0.00 | 789.11 | 310761.97 | 0.00 |
| 40 | 12/1/2013 | 1567.99 | 3.000% | 30 | 0.00 | 776.90 | 0.00 | 0.00 | 791.09 | 309970.88 | 0.00 |
| 41 | 1/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 774.93 | 0.00 | 0.00 | 793.06 | 309177.82 | 0.00 |
| 42 | 2/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 772.94 | 0.00 | 0.00 | 795.05 | 308382.77 | 0.00 |
| 43 | 3/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 770.96 | 0.00 | 0.00 | 797.03 | 307585.74 | 0.00 |
| 44 | 4/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 768.96 | 0.00 | 0.00 | 799.03 | 306786.71 | 0.00 |
| 45 | 5/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 766.97 | 0.00 | 0.00 | 801.02 | 305985.69 | 0.00 |
| 46 | 6/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 764.96 | 0.00 | 0.00 | 803.03 | 305182.66 | 0.00 |
| 47 | 7/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 762.96 | 0.00 | 0.00 | 805.03 | 304377.63 | 0.00 |
| 48 | 8/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 760.94 | 0.00 | 0.00 | 807.05 | 303570.58 | 0.00 |
| 49 | 9/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 758.93 | 0.00 | 0.00 | 809.06 | 302761.52 | 0.00 |
| 50 | 10/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 756.90 | 0.00 | 0.00 | 811.09 | 301950.43 | 0.00 |
| 51 | 11/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 754.88 | 0.00 | 0.00 | 813.11 | 301137.32 | 0.00 |
| 52 | 12/1/2014 | 1567.99 | 3.000% | 30 | 0.00 | 752.84 | 0.00 | 0.00 | 815.15 | 300322.17 | 0.00 |
| 53 | 1/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 750.81 | 0.00 | 0.00 | 817.18 | 299504.99 | 0.00 |
| 54 | 2/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 748.76 | 0.00 | 0.00 | 819.23 | 298685.76 | 0.00 |
| 55 | 3/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 746.71 | 0.00 | 0.00 | 821.28 | 297864.48 | 0.00 |
| 56 | 4/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 744.66 | 0.00 | 0.00 | 823.33 | 297041.15 | 0.00 |
| 57 | 5/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 742.60 | 0.00 | 0.00 | 825.39 | 296215.76 | 0.00 |
| 58 | 6/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 740.54 | 0.00 | 0.00 | 827.45 | 295388.31 | 0.00 |
| 59 | 7/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 738.47 | 0.00 | 0.00 | 829.52 | 294558.79 | 0.00 |
| 60 | 8/1/2015 | 1567.99 | 3.000% | 30 | 0.00 | 736.40 | 0.00 | 0.00 | 831.59 | 293727.20 | 0.00 |
| 61 | 9/1/2015 | 1720.35 | 4.000% | 30 | 0.00 | 979.09 | 0.00 | 0.00 | 741.26 | 292985.94 | 0.00 |
| 62 | 10/1/2015 | 1720.35 | 4.000% | 30 | 0.00 | 976.62 | 0.00 | 0.00 | 743.73 | 292242.21 | 0.00 |
| 63 | 11/1/2015 | 1720.35 | 4.000% | 30 | 0.00 | 974.14 | 0.00 | 0.00 | 746.21 | 291496.00 | 0.00 |
| 64 | 12/1/2015 | 1720.35 | 4.000% | 30 | 0.00 | 971.65 | 0.00 | 0.00 | 748.7 | 290747.30 | 0.00 |
| 65 | 1/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 969.16 | 0.00 | 0.00 | 751.19 | 289996.11 | 0.00 |
| 66 | 2/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 966.65 | 0.00 | 0.00 | 753.7 | 289242.41 | 0.00 |
| 67 | 3/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 964.14 | 0.00 | 0.00 | 756.21 | 288486.20 | 0.00 |
| 68 | 4/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 961.62 | 0.00 | 0.00 | 758.73 | 287727.47 | 0.00 |
| 69 | 5/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 959.09 | 0.00 | 0.00 | 761.26 | 286966.21 | 0.00 |
| 70 | 6/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 956.55 | 0.00 | 0.00 | 763.8 | 286202.41 | 0.00 |
| 71 | 7/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 954.01 | 0.00 | 0.00 | 766.34 | 285436.07 | 0.00 |
| 72 | 8/1/2016 | 1720.35 | 4.000% | 30 | 0.00 | 951.45 | 0.00 | 0.00 | 768.9 | 284667.17 | 0.00 |
| 73 | 9/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1037.85 | 0.00 | 0.00 | 739.32 | 283927.85 | 0.00 |
| 74 | 10/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1035.15 | 0.00 | 0.00 | 742.02 | 283185.83 | 0.00 |
| 75 | 11/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1032.45 | 0.00 | 0.00 | 744.72 | 282441.11 | 0.00 |
| 76 | 12/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1029.73 | 0.00 | 0.00 | 747.44 | 281693.67 | 0.00 |
| 77 | 1/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1027.01 | 0.00 | 0.00 | 750.16 | 280943.51 | 0.00 |
| 78 | 2/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1024.27 | 0.00 | 0.00 | 752.9 | 280190.61 | 0.00 |
| 79 | 3/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1021.53 | 0.00 | 0.00 | 755.64 | 279434.97 | 0.00 |
| 80 | 4/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1018.77 | 0.00 | 0.00 | 758.4 | 278676.57 | 0.00 |
| 81 | 5/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1016.01 | 0.00 | 0.00 | 761.16 | 277915.41 | 0.00 |
| 82 | 6/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1013.23 | 0.00 | 0.00 | 763.94 | 277151.47 | 0.00 |
| 83 | 7/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1010.45 | 0.00 | 0.00 | 766.72 | 276384.75 | 0.00 |
| 84 | 8/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1007.65 | 0.00 | 0.00 | 769.52 | 275615.23 | 0.00 |
| 85 | 9/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1004.85 | 0.00 | 0.00 | 772.32 | 274842.91 | 0.00 |
| 86 | 10/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1002.03 | 0.00 | 0.00 | 775.14 | 274067.77 | 0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 11/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 999.21 | 0.00 | 0.00 | 777.96 | [illegible] | 0.00 | |
| 88 | 12/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 996.37 | 0.00 | 0.00 | 780.8 | [illegible] | 0.00 | |
| 89 | 1/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 993.52 | 0.00 | 0.00 | 783.65 | [illegible] | 0.00 | |
| 90 | 2/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 990.51 | 0.00 | 0.00 | 786.6 | [illegible] | 0.00 | |
| 91 | 3/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 987.80 | 0.00 | 0.00 | 789.37 | [illegible] | 0.00 | |
| 92 | 4/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 984.92 | 0.00 | 0.00 | 792.25 | [illegible] | 0.00 | |
| 93 | 5/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 982.03 | 0.00 | 0.00 | 795.14 | [illegible] | 0.00 | |
| 94 | 6/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 979.13 | 0.00 | 0.00 | 798.04 | [illegible] | 0.00 | |
| 95 | 7/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 976.22 | 0.00 | 0.00 | 800.95 | [illegible] | 0.00 | |
| 96 | 8/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 973.30 | 0.00 | 0.00 | 803.87 | [illegible] | 0.00 | |
| 97 | 9/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 970.37 | 0.00 | 0.00 | 806.8 | [illegible] | 0.00 | |
| 98 | 10/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 967.43 | 0.00 | 0.00 | 809.74 | [illegible] | 0.00 | |
| 99 | 11/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 964.48 | 0.00 | 0.00 | 812.69 | [illegible] | 0.00 | |
| 100 | 12/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 961.52 | 0.00 | 0.00 | 815.65 | [illegible] | 0.00 | |
| 101 | 1/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 958.54 | 0.00 | 0.00 | 818.63 | [illegible] | 0.00 | |
| 102 | 2/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 955.56 | 0.00 | 0.00 | 821.61 | [illegible] | 0.00 | |
| 103 | 3/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 952.56 | 0.00 | 0.00 | 824.61 | [illegible] | 0.00 | |
| 104 | 4/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 949.56 | 0.00 | 0.00 | 827.61 | [illegible] | 0.00 | |
| 105 | 5/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 946.54 | 0.00 | 0.00 | 830.63 | [illegible] | 0.00 | 80 |
| 106 | 6/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 943.51 | 0.00 | 0.00 | 833.66 | [illegible] | 0.00 | |
| 107 | 7/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 940.47 | 0.00 | 0.00 | 836.7 | [illegible] | 0.00 | |
| 108 | 8/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 937.42 | 0.00 | 0.00 | 839.75 | [illegible] | 0.00 | |
| 109 | 9/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 934.36 | 0.00 | 0.00 | 842.81 | [illegible] | 0.00 | |
| 110 | 10/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 931.29 | 0.00 | 0.00 | 845.88 | [illegible] | 0.00 | |
| 111 | 11/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 928.20 | 0.00 | 0.00 | 848.97 | [illegible] | 0.00 | |
| 112 | 12/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 925.11 | 0.00 | 0.00 | 852.06 | [illegible] | 0.00 | |
| 113 | 1/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 922.00 | 0.00 | 0.00 | 855.17 | [illegible] | 0.00 | |
| 114 | 2/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 918.88 | 0.00 | 0.00 | 858.29 | [illegible] | 0.00 | 78 |
| 115 | 3/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 915.75 | 0.00 | 0.00 | 861.42 | [illegible] | 0.00 | |
| 116 | 4/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 912.61 | 0.00 | 0.00 | 864.56 | [illegible] | 0.00 | |
| 117 | 5/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 909.46 | 0.00 | 0.00 | 867.71 | [illegible] | 0.00 | |
| 118 | 6/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 906.30 | 0.00 | 0.00 | 870.87 | 247713.42 | 0.00 | |
| 119 | 7/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 903.12 | 0.00 | 0.00 | 874.05 | [illegible] | 0.00 | |
| 120 | 8/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 899.94 | 0.00 | 0.00 | 877.23 | [illegible] | 0.00 | |
| 121 | 9/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 896.74 | 0.00 | 0.00 | 880.43 | [illegible] | 0.00 | |
| 122 | 10/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 893.53 | 0.00 | 0.00 | 883.64 | [illegible] | 0.00 | |
| 123 | 11/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 890.31 | 0.00 | 0.00 | 886.86 | [illegible] | 0.00 | |
| 124 | 12/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 887.07 | 0.00 | 0.00 | 890.1 | [illegible] | 0.00 | |
| 125 | 1/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 883.83 | 0.00 | 0.00 | 893.34 | [illegible] | 0.00 | |
| 126 | 2/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 880.57 | 0.00 | 0.00 | 896.6 | [illegible] | 0.00 | |
| 127 | 3/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 877.30 | 0.00 | 0.00 | 899.87 | [illegible] | 0.00 | |
| 128 | 4/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 874.02 | 0.00 | 0.00 | 903.15 | [illegible] | 0.00 | |
| 129 | 5/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 870.73 | 0.00 | 0.00 | 906.44 | [illegible] | 0.00 | |
| 130 | 6/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 867.42 | 0.00 | 0.00 | 909.75 | [illegible] | 0.00 | |
| 131 | 7/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 864.11 | 0.00 | 0.00 | 913.06 | [illegible] | 0.00 | |
| 132 | 8/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 860.78 | 0.00 | 0.00 | 916.39 | [illegible] | 0.00 | |
| 133 | 9/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 857.44 | 0.00 | 0.00 | 919.73 | [illegible] | 0.00 | |
| 134 | 10/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 854.09 | 0.00 | 0.00 | 923.08 | [illegible] | 0.00 | |
| 135 | 11/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 850.72 | 0.00 | 0.00 | 926.45 | [illegible] | 0.00 | |
| 136 | 12/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 847.34 | 0.00 | 0.00 | 929.83 | [illegible] | 0.00 | |
| 137 | 1/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 843.95 | 0.00 | 0.00 | 933.22 | [illegible] | 0.00 | |
| 138 | 2/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 840.55 | 0.00 | 0.00 | 936.62 | [illegible] | 0.00 | |
| 139 | 3/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 837.13 | 0.00 | 0.00 | 940.04 | [illegible] | 0.00 | |
| 140 | 4/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 833.71 | 0.00 | 0.00 | 943.46 | [illegible] | 0.00 | |
| 141 | 5/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 830.27 | 0.00 | 0.00 | 946.9 | [illegible] | 0.00 | |
| 142 | 6/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 826.81 | 0.00 | 0.00 | 950.36 | [illegible] | 0.00 | |
| 143 | 7/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 823.35 | 0.00 | 0.00 | 953.82 | [illegible] | 0.00 | |
| 144 | 8/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 819.87 | 0.00 | 0.00 | 957.3 | [illegible] | 0.00 | |
| 145 | 9/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 816.38 | 0.00 | 0.00 | 960.79 | [illegible] | 0.00 | |
| 146 | 10/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 812.88 | 0.00 | 0.00 | 964.29 | [illegible] | 0.00 | |
| 147 | 11/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 809.36 | 0.00 | 0.00 | 967.81 | [illegible] | 0.00 | |
| 148 | 12/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 805.83 | 0.00 | 0.00 | 971.34 | [illegible] | 0.00 | |
| 149 | 1/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 802.29 | 0.00 | 0.00 | 974.88 | [illegible] | 0.00 | |
| 150 | 2/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 798.74 | 0.00 | 0.00 | 978.43 | [illegible] | 0.00 | |
| 151 | 3/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 795.17 | 0.00 | 0.00 | 982 | [illegible] | 0.00 | |
| 152 | 4/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 791.59 | 0.00 | 0.00 | 985.58 | [illegible] | 0.00 | |
| 153 | 5/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 788.00 | 0.00 | 0.00 | 989.17 | [illegible] | 0.00 | |
| 154 | 6/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 784.39 | 0.00 | 0.00 | 992.78 | [illegible] | 0.00 | |
| 155 | 7/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 780.77 | 0.00 | 0.00 | 996.4 | [illegible] | 0.00 | |
| 156 | 8/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 777.14 | 0.00 | 0.00 | 1000.03 | [illegible] | 0.00 | |
| 157 | 9/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 773.49 | 0.00 | 0.00 | 1003.68 | [illegible] | 0.00 | |
| 158 | 10/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 769.83 | 0.00 | 0.00 | 1007.34 | [illegible] | 0.00 | |
| 159 | 11/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 766.16 | 0.00 | 0.00 | 1011.01 | [illegible] | 0.00 | |
| 160 | 12/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 762.47 | 0.00 | 0.00 | 1014.70 | [illegible] | 0.00 | |
| 161 | 1/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 758.77 | 0.00 | 0.00 | 1018.40 | [illegible] | 0.00 | |
| 162 | 2/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 755.06 | 0.00 | 0.00 | 1022.11 | [illegible] | 0.00 | |
| 163 | 3/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 751.34 | 0.00 | 0.00 | 1025.83 | [illegible] | 0.00 | |
| 164 | 4/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 747.60 | 0.00 | 0.00 | 1029.57 | [illegible] | 0.00 | |
| 165 | 5/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 743.84 | 0.00 | 0.00 | 1033.33 | [illegible] | 0.00 | |
| 166 | 6/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 740.08 | 0.00 | 0.00 | 1037.09 | [illegible] | 0.00 | |
| 167 | 7/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 736.29 | 0.00 | 0.00 | 1040.88 | [illegible] | 0.00 | |
| 168 | 8/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 732.50 | 0.00 | 0.00 | 1044.67 | [illegible] | 0.00 | |
| 169 | 9/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 728.69 | 0.00 | 0.00 | 1048.48 | [illegible] | 0.00 | |
| 170 | 10/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 724.87 | 0.00 | 0.00 | 1052.3 | [illegible] | 0.00 | |
| 171 | 11/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 721.03 | 0.00 | 0.00 | 1056.14 | [illegible] | 0.00 | |
| 172 | 12/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 717.18 | 0.00 | 0.00 | 1059.99 | [illegible] | 0.00 | |
| 173 | 1/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 713.32 | 0.00 | 0.00 | 1063.85 | [illegible] | 0.00 | |
| 174 | 2/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 709.44 | 0.00 | 0.00 | 1067.73 | [illegible] | 0.00 | |
| 175 | 3/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 705.55 | 0.00 | 0.00 | 1071.62 | [illegible] | 0.00 | |
| 176 | 4/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 701.64 | 0.00 | 0.00 | 1075.53 | [illegible] | 0.00 | |
| 177 | 5/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 697.72 | 0.00 | 0.00 | 1079.45 | [illegible] | 0.00 | |
| 178 | 6/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 693.78 | 0.00 | 0.00 | 1083.39 | [illegible] | 0.00 | |
| 179 | 7/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 689.83 | 0.00 | 0.00 | 1087.34 | [illegible] | 0.00 | |
| 180 | 8/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 685.87 | 0.00 | 0.00 | 1091.3 | [illegible] | 0.00 | |