# EXHIBIT A

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 2 of 11 PageID #: 319

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**CURT RICE,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:14-CV-93 (Groh)**

**GREEN TREE SERVICING, LLC,**

**Defendant.**

**AFFIDAVIT OF STEWART M. DERRICK**

COMMONWEALTH OF VIRGINIA )
) to wit:
COUNTY OF SPOTSYLVANIA )

I, Stewart M. Derrick, after being duly sworn, state as follows:

1. I am employed by Green Tree Servicing, LLC ("Green Tree") as a Regional Manager. I am duly authorized to make this Affidavit in support of Green Tree's Motion for Summary Judgment.

2. I am familiar with the books and records of Green Tree, which books and records are kept in the ordinary course of business. In particular, I have reviewed and am familiar with the books and records related to the servicing of Plaintiff Curt Rice's ("Plaintiff") loan, which loan was made on or about August 24, 2006 ("Loan").

3. In August of 2013, just two months after Green Tree took over servicing of Plaintiff's Loan, Plaintiff wrote Green Tree to request removal of the PMI from his Loan account. A copy of Plaintiff's August 2013 correspondence is attached to this Affidavit as

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 3 of 11 PageID #: 320

Exhibit A-1. In his August 2013 correspondence, Plaintiff wrote that his PMI should have terminated in August of 2013.

4. There were a number of communications with Plaintiff after the August 2013 correspondence, all related to Plaintiff's request or demand to cancel the PMI on his Loan.

5. Initially, Green Tree understood Plaintiff's request to be a borrower-requested cancellation. Based on that understanding, Green Tree began the process for obtaining an appraisal of Plaintiff's Property.

6. But Plaintiff protested, and then clarified that he was not requesting termination based on a current appraisal. Rather, he believed that his PMI should have terminated automatically.

7. During these communications, Plaintiff requested an amortization schedule for his Loan, which was sent to him with a cover letter dated November 22, 2013. The amortization schedule begins June 1, 2013, and starts with a principal balance of $314,103.54.

8. Subsequently, Plaintiff requested the date that his PMI would automatically terminate. Green Tree uses a worksheet for determining the automatic termination date, and runs an amortization schedule from the time of the loan modification.

9. A copy of the worksheet and amortization schedule used to determine the date by which Plaintiff's PMI would automatically terminate is attached to this Affidavit as Exhibit A-2. It begins September 1, 2010, with the modified principal balance of $340,123.01. The worksheet accompanying the amortization schedule is used by Green Tree's employees to determine an Automatic Termination Date.

10. On December 6, 2013, in response to Plaintiff's request, Green Tree wrote Plaintiff and advised him that his new automatic termination date was February 1, 2020, which

was derived from the worksheet and the amortization schedule attached as Exhibit A-2. A copy of the letter to Plaintiff, advising of the new Automatic Termination Date, is attached to this Affidavit as Exhibit A-3.

11. Plaintiff has timely paid every monthly installment due and owing under his Loan, as modified, since September of 2010. Each monthly payment includes a monthly PMI premium.

12. Green Tree has not made any collection calls on Plaintiff's Loan and Green Tree has not sent any collection letters to Plaintiff since September of 2010. At no time since September of 2010 has Plaintiff's Loan been referred to Green Tree's collection department.

13. Each month Green Tree sends a billing statement to Plaintiff, as it does to nearly every other borrower whose loan Green Tree services.

Further, the affiant sayeth not.

Stewart M. Derrick

Subscribed and sworn to before me this 19 day of May, 2015, by Stewart Masterson Derrick ______, __________ for Green Tree Servicing, LLC.

Notary Public

My commission expires: 02/28/17

ROBIN SCHLEIGH SCHOOLER NOTARY PUBLIC REG # 312779 COMMISSION EXPIRES 02/28/17 COMMONWEALTH OF VIRGINIA

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 5 of 11 PageID #: 322

broadaspect

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Greentree Servicing | FROM: Curt Rice |
| COMPANY: | DATE: 8/5/2013 |
| FAX NUMBER: 480-383-0632 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S PHONE NUMBER: 703-304-1406 |
| RE: | SENDER'S FAX NUMBER: 703-996-4443 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

EXHIBIT
A-1

To Whom It May Concern,

I would like to request the removal of the PMI insurance from my account # ____________

Under the original PMI agreement (supporting document provided); the PMI should be removed once the LTV of 80% or less is reached, based upon the original value of the home ($395,000). Our current loan balance is: $311,749.47. Which yields a LTV of 311,749.47/395,000 = .789

Please see attached document and feel free to contact me with any questions.

Regards,

Curt Rice

Account

Cell – 703-304-1406



Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 7 of 11 PageID #: 324

Countrywide
HOME LOANS

Mail Stop SV3-23A
450 American Street
Simi Valley, CA 93065-6285

Notice Date: January 17, 2008

Account No.:

CGS43645018009
Curt Rice
97 Stephanie Way
Charles Town, WV 25414

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

Thank you for your request to cancel the Private Mortgage Insurance (PMI) coverage on your loan. If this is a single family dwelling that is your *primary* residence or your *second* home, the current requirements for deletion are described below. If this is an investment property, please contact us at 1-800-669-6607 for the current deletion requirements.

**WHAT THIS MEANS**

Your loan must not have been thirty (30) or more days past due during the last 12 months or sixty (60) or more days past due during the last 24 months.

In addition to the above criterion, one of the following (A or B) must apply:

A) The principal balance of your loan is paid down to a loan-to-value ratio of 80% or less, based on the original value of your home when your loan was closed. The loan-to-value (LTV) ratio is defined as the current unpaid principal balance of the loan divided by the lower of the sales price of your home or the appraised value of your home at the time your loan was closed. Countrywide Home Loans will need to certify that the original value of your home has not declined.

**OR**

B) At least two *(2)* years have elapsed since the origination of your loan and your loan otherwise qualifies for PMI deletion based on the requirements in effect at that time.

**WHAT YOU NEED TO DO**

Our records indicate that your loan does not meet the requirements referenced above. The loan-to-value ratio for your loan is greater than 80% (based on A) *and* 2 years have not elapsed since the origination of your loan (as indicated in B).

Please contact us one month prior to 08/24/2008 to request cancellation of the PMI coverage and to receive the most recent cancellation requirements. Please keep in mind that any late payments will prevent the cancellation from being approved. These requirements are subject to change by Federal or State law or Lender requirement.

We appreciate this opportunity to be of service to you.

PLS2NATL 6484 09/08/2006

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 8 of 11 PageID #: 325

**FNMA MI Cancel Request Review** — Loan number:

Date Written Cancellation Request received (date or fax stamp): United Guaranty Residential Insurance — Customer's Name: RICE

(All cancel requests must be must be a written request and completed within 30 days of the request received date)

| Review Date | 12/2/2013 | |
|---|---|---|
| **GTA screen** | | |
| Is this a FNMA loan? | Yes | If no, please use Non-FNMA MI cancel review sheet |
| State | WV | If CA, NY, or WA, please use specific State MI Cancel review sheet |
| Late Fees | No | |
| Late Payments? | No | 30 day lates within past 12 month, and 60 day lates within 24 months |
| Property type | PUD | Double-check with appraisal |
| Principal Balance | $ 309,377.70 | |
| Corporate Advances | | (include REIDCD's: 700, 701, 702, 703, 706, 720, 721, 722, 723, 724) |
| Total owing | $ [illegible] | |
| **Note** | | |
| Loan Amount | $ 355,500.00 | |
| Payment | $ 1,567.99 | |
| First Payment | 10/1/2006 | |
| Interest Rate | 3.000% | |
| Cash Date | 8/24/2006 | If prior to 7/29/99, follow the investment rules same as investment |
| Maturity Date | 9/1/2036 | |
| Balloon Loan | No | If yes, --- |
| Modified | yes, 9/1/2010 | If Yes, print off modification from KIS to use in Amort Schedule |
| **Appraisal and Hud** | | |
| Appraised Value | $ 452,000.00 | |
| Sales Price | $ 395,000.00 | If refi, N/A question |
| MOD Value | $ 322,700.00 | Value from 11/2013 Spreadsheet |
| Original Value | $ [illegible] | Lessor of appraised value and sale price |
| **Disclosures / MI disclosure** | | |
| Initial MI disclosure Date | -- | |
| **Application** | | |
| Unit Use | Primary Residence | If ARM, use all rate adjustments for past payment and use current rate for future payments |
| Note Rate type | Variable | |
| Purpose of Mortgage | Purchase | |
| **Amortization Schedule** | | |
| Current Actual LTV | [illegible] | Total Owing divided by Original Value |
| **Non-Investment Single Family** | | |
| Date for 80%= | 6/1/2019 | |
| Date for 78%= | 2/1/2020 | |
| Date for 75% = | 1/1/2021 | |
| Date for 70% | 6/1/2022 | |

If all requirements are met, please see the approval addendum which outlines additional criteria to be consider prior to.

Denied - see page 2   Approved - see approval addendum

☑ DENIAL LETTER

☑ NOTE EAS

☑ IMAGE DOCUMENTS
Including Customer request and supporting docs

☑ LOGGED ON CANCELLATION SPREADSHEET
G:\Analyst\Escrow\Audit\Escrow Cancel Requests

Reviewed By: WANLOB   Date: 12/2/2013

**Pre-Approval/Approval**   For the below questions, all answers must be Yes in order to have the

| | | |
|---|---|---|
| Written Request from Customer to obtain current appraisal? | Yes/No | Date Received:_______ |
| Fee for appraisal received or billed to accrual? | Yes/No | Date Received:_______ |
| Signed and Notarized affidavit stating no subordinate liens on property? | Yes/No | Date Received:_______ |

| | | | |
|---|---|---|---|
| Appraisal ordered? | Yes/no | Order date: | |
| Appraisal Received? | Yes/no | Date Received: | |
| Appraised Amount? | | | |
| Does this amount meet or exceed the original value? | Yes/no | What is the current LTV using the new appraised amount? | |
| | | Does this meet guidelines? | Yes/No |
| Has the loan seasoned for at least 24 months? | Yes/No | If no, is FNMA willing to waive seasoning requirement because of improvements to home? | |

**Approved!**

- ____ CANCEL MI ON EAS
- ____ CANCEL MI ON WEBSITE AND MI MASTER
- ____ REQUEST ANALYSIS
- ____ NOTE EAS
- ____ APPROVAL LETTER
- ____ IMAGE DOCUMENTS, INCLUDING LETTER AND SUPPORTING DOCS
- ____ LOGGED ON CANCELLATION

Approval reviewer: __________   Date:__________

Approval Supervisor:   Date:

EXHIBIT
A-2

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 9 of 11 PageID #: 326

| | |
|---|---|
| Loan Number | |
| Customer Name | RCE |
| Lien Position | |
| Truth in Lending Amt | |
| Date Pymt | 9/1/2010 |
| Loan Amount | $ 340,123.01 |

| | |
|---|---|
| Loan Disbursement Date | |
| Step 1 | 3.000% |
| Step 2 | |
| Regular Payment Amt | $ 1,567.93 |

| Payment Number | Date Payment Due | Payment Amount | Interest Rate | Number of Days | Prior Pymt Amount | Current Interest Due | Prior Pymt Int Due | Principal Reduction | Principal Paid | Principal Balance | Interest ENC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/1/2010 | 1567.93 | 3.000% | 30 | 0.00 | 850.31 | 0.00 | 0.00 | 717.84 | 339405.33 | 0.00 |
| 2 | 10/1/2010 | 1567.93 | 3.000% | 30 | 0.00 | 848.51 | 0.00 | 0.00 | 719.44 | 338685.95 | 0.00 |
| 3 | 11/1/2010 | 1567.93 | 3.000% | 30 | 0.00 | 846.71 | 0.00 | 0.00 | 721.22 | 337964.57 | 0.00 |
| 4 | 12/1/2010 | 1567.93 | 3.000% | 30 | 0.00 | 844.91 | 0.00 | 0.00 | 723.02 | 337241.44 | 0.00 |
| 5 | 1/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 843.10 | 0.00 | 0.00 | 724.83 | 336516.23 | 0.00 |
| 6 | 2/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 841.29 | 0.00 | 0.00 | 726.7 | 335789.93 | 0.00 |
| 7 | 3/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 839.47 | 0.00 | 0.00 | 728.52 | 335061.39 | 0.00 |
| 8 | 4/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 837.65 | 0.00 | 0.00 | 730.34 | 334331.04 | 0.00 |
| 9 | 5/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 835.83 | 0.00 | 0.00 | 732.16 | 333598.88 | 0.00 |
| 10 | 6/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 834.00 | 0.00 | 0.00 | 733.99 | 332864.83 | 0.00 |
| 11 | 7/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 832.16 | 0.00 | 0.00 | 735.83 | 332129.06 | 0.00 |
| 12 | 8/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 830.32 | 0.00 | 0.00 | 737.61 | 331391.39 | 0.00 |
| 13 | 9/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 828.48 | 0.00 | 0.00 | 739.51 | 330651.85 | 0.00 |
| 14 | 10/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 826.63 | 0.00 | 0.00 | 741.36 | 329910.52 | 0.00 |
| 15 | 11/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 824.78 | 0.00 | 0.00 | 743.21 | 329167.31 | 0.00 |
| 16 | 12/1/2011 | 1567.93 | 3.000% | 30 | 0.00 | 822.92 | 0.00 | 0.00 | 745.07 | 328422.24 | 0.00 |
| 17 | 1/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 821.06 | 0.00 | 0.00 | 746.93 | 327675.31 | 0.00 |
| 18 | 2/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 819.19 | 0.00 | 0.00 | 748.8 | 326926.51 | 0.00 |
| 19 | 3/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 817.32 | 0.00 | 0.00 | 750.67 | 326175.84 | 0.00 |
| 20 | 4/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 815.44 | 0.00 | 0.00 | 752.55 | 325423.29 | 0.00 |
| 21 | 5/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 813.56 | 0.00 | 0.00 | 754.43 | 324668.86 | 0.00 |
| 22 | 6/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 811.67 | 0.00 | 0.00 | 756.32 | 323912.54 | 0.00 |
| 23 | 7/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 809.78 | 0.00 | 0.00 | 758.21 | 323154.33 | 0.00 |
| 24 | 8/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 807.89 | 0.00 | 0.00 | 760.1 | 322394.23 | 0.00 |
| 25 | 9/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 805.99 | 0.00 | 0.00 | 762 | 321632.23 | 0.00 |
| 26 | 10/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 804.08 | 0.00 | 0.00 | 763.91 | 320868.32 | 0.00 |
| 27 | 11/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 802.17 | 0.00 | 0.00 | 765.82 | 320102.50 | 0.00 |
| 28 | 12/1/2012 | 1567.93 | 3.000% | 30 | 0.00 | 800.26 | 0.00 | 0.00 | 767.73 | 319334.77 | 0.00 |
| 29 | 1/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 798.34 | 0.00 | 0.00 | 769.65 | 318565.12 | 0.00 |
| 30 | 2/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 796.41 | 0.00 | 0.00 | 771.52 | 317793.54 | 0.00 |
| 31 | 3/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 794.48 | 0.00 | 0.00 | 773.61 | 317020.63 | 0.00 |
| 32 | 4/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 792.55 | 0.00 | 0.00 | 775.44 | 316244.59 | 0.00 |
| 33 | 5/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 790.61 | 0.00 | 0.00 | 777.33 | 315467.21 | 0.00 |
| 34 | 6/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 788.67 | 0.00 | 0.00 | 779.37 | 314687.83 | 0.00 |
| 35 | 7/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 786.72 | 0.00 | 0.00 | 781.27 | 313906.62 | 0.00 |
| 36 | 8/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 784.77 | 0.00 | 0.00 | 783.22 | 313123.40 | 0.00 |
| 37 | 9/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 782.81 | 0.00 | 0.00 | 785.18 | 312338.22 | 0.00 |
| 38 | 10/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 780.85 | 0.00 | 0.00 | 787.14 | 311551.08 | 0.00 |
| 39 | 11/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 778.88 | 0.00 | 0.00 | 789.11 | 310761.97 | 0.00 |
| 40 | 12/1/2013 | 1567.93 | 3.000% | 30 | 0.00 | 776.90 | 0.00 | 0.00 | 791.09 | 309970.88 | 0.00 |
| 41 | 1/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 774.93 | 0.00 | 0.00 | 793.03 | 309177.82 | 0.00 |
| 42 | 2/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 772.94 | 0.00 | 0.00 | 795.05 | 308382.77 | 0.00 |
| 43 | 3/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 770.96 | 0.00 | 0.00 | 797.03 | 307585.74 | 0.00 |
| 44 | 4/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 768.96 | 0.00 | 0.00 | 799.03 | 306786.71 | 0.00 |
| 45 | 5/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 766.97 | 0.00 | 0.00 | 801.02 | 305985.69 | 0.00 |
| 46 | 6/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 764.96 | 0.00 | 0.00 | 803.03 | 305182.66 | 0.00 |
| 47 | 7/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 762.96 | 0.00 | 0.00 | 805.03 | 304377.63 | 0.00 |
| 48 | 8/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 760.94 | 0.00 | 0.00 | 807.05 | 303570.58 | 0.00 |
| 49 | 9/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 758.93 | 0.00 | 0.00 | 809.06 | 302761.52 | 0.00 |
| 50 | 10/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 756.90 | 0.00 | 0.00 | 811.09 | 301950.43 | 0.00 |
| 51 | 11/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 754.88 | 0.00 | 0.00 | 813.11 | 301137.32 | 0.00 |
| 52 | 12/1/2014 | 1567.93 | 3.000% | 30 | 0.00 | 752.84 | 0.00 | 0.00 | 815.15 | 300322.17 | 0.00 |
| 53 | 1/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 750.81 | 0.00 | 0.00 | 817.18 | 299504.99 | 0.00 |
| 54 | 2/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 748.76 | 0.00 | 0.00 | 819.23 | 298685.76 | 0.00 |
| 55 | 3/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 746.71 | 0.00 | 0.00 | 821.28 | 297864.48 | 0.00 |
| 56 | 4/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 744.66 | 0.00 | 0.00 | 823.33 | 297041.15 | 0.00 |
| 57 | 5/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 742.60 | 0.00 | 0.00 | 825.39 | 296215.76 | 0.00 |
| 58 | 6/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 740.54 | 0.00 | 0.00 | 827.45 | 295388.31 | 0.00 |
| 59 | 7/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 738.47 | 0.00 | 0.00 | 829.52 | 294558.79 | 0.00 |
| 60 | 8/1/2015 | 1567.93 | 3.000% | 30 | 0.00 | 736.40 | 0.00 | 0.00 | 831.59 | 293727.20 | 0.00 |
| 61 | 9/1/2015 | 1723.35 | 4.000% | 30 | 0.00 | 979.09 | 0.00 | 0.00 | 744.26 | 292982.94 | 0.00 |
| 62 | 10/1/2015 | 1723.35 | 4.000% | 30 | 0.00 | 976.61 | 0.00 | 0.00 | 746.74 | 292236.21 | 0.00 |
| 63 | 11/1/2015 | 1723.35 | 4.000% | 30 | 0.00 | 974.12 | 0.00 | 0.00 | 749.23 | 291486.98 | 0.00 |
| 64 | 12/1/2015 | 1723.35 | 4.000% | 30 | 0.00 | 971.62 | 0.00 | 0.00 | 751.73 | 290735.25 | 0.00 |
| 65 | 1/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 969.12 | 0.00 | 0.00 | 754.23 | 289981.02 | 0.00 |
| 66 | 2/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 966.60 | 0.00 | 0.00 | 756.75 | 289224.27 | 0.00 |
| 67 | 3/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 964.08 | 0.00 | 0.00 | 759.27 | 288465.00 | 0.00 |
| 68 | 4/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 961.55 | 0.00 | 0.00 | 761.80 | 287703.20 | 0.00 |
| 69 | 5/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 959.01 | 0.00 | 0.00 | 764.34 | 286938.86 | 0.00 |
| 70 | 6/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 956.46 | 0.00 | 0.00 | 766.89 | 286171.97 | 0.00 |
| 71 | 7/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 953.91 | 0.00 | 0.00 | 769.44 | 285402.53 | 0.00 |
| 72 | 8/1/2016 | 1723.35 | 4.000% | 30 | 0.00 | 951.34 | 0.00 | 0.00 | 772.01 | 284630.52 | 0.00 |
| 73 | 9/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1037.85 | 0.00 | 0.00 | 739.32 | 283927.85 | 0.00 |
| 74 | 10/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1035.15 | 0.00 | 0.00 | 742.02 | 283185.83 | 0.00 |
| 75 | 11/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1032.45 | 0.00 | 0.00 | 744.72 | 282441.11 | 0.00 |
| 76 | 12/1/2016 | 1777.17 | 4.375% | 30 | 0.00 | 1029.73 | 0.00 | 0.00 | 747.44 | 281693.67 | 0.00 |
| 77 | 1/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1027.01 | 0.00 | 0.00 | 750.16 | 280943.51 | 0.00 |
| 78 | 2/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1024.27 | 0.00 | 0.00 | 752.9 | 280190.61 | 0.00 |
| 79 | 3/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1021.53 | 0.00 | 0.00 | 755.64 | 279434.97 | 0.00 |
| 80 | 4/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1018.77 | 0.00 | 0.00 | 758.4 | 278676.57 | 0.00 |
| 81 | 5/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1016.01 | 0.00 | 0.00 | 761.16 | 277915.41 | 0.00 |
| 82 | 6/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1013.23 | 0.00 | 0.00 | 763.94 | 277151.47 | 0.00 |
| 83 | 7/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1010.45 | 0.00 | 0.00 | 766.72 | 276384.75 | 0.00 |
| 84 | 8/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1007.65 | 0.00 | 0.00 | 769.52 | 275615.23 | 0.00 |
| 85 | 9/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1004.85 | 0.00 | 0.00 | 772.32 | 274842.91 | 0.00 |
| 86 | 10/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 1002.03 | 0.00 | 0.00 | 775.14 | 274067.77 | 0.00 |

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 10 of 11 PageID #: 327

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 11/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 999.21 | 0.00 | 0.00 | 777.96 | 273289.81 | 0.00 | |
| 88 | 12/1/2017 | 1777.17 | 4.375% | 30 | 0.00 | 996.37 | 0.00 | 0.00 | 780.8 | 272509.01 | 0.00 | |
| 89 | 1/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 993.52 | 0.00 | 0.00 | 783.65 | 271725.36 | 0.00 | |
| 90 | 2/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 990.67 | 0.00 | 0.00 | 786.5 | 270938.86 | 0.00 | |
| 91 | 3/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 987.80 | 0.00 | 0.00 | 789.37 | 270149.49 | 0.00 | |
| 92 | 4/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 984.92 | 0.00 | 0.00 | 792.25 | 269357.24 | 0.00 | |
| 93 | 5/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 982.03 | 0.00 | 0.00 | 795.14 | 268562.10 | 0.00 | |
| 94 | 6/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 979.13 | 0.00 | 0.00 | 798.04 | 267764.06 | 0.00 | |
| 95 | 7/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 976.22 | 0.00 | 0.00 | 800.95 | 266963.11 | 0.00 | |
| 96 | 8/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 973.30 | 0.00 | 0.00 | 803.87 | 266159.24 | 0.00 | |
| 97 | 9/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 970.37 | 0.00 | 0.00 | 806.8 | 265352.44 | 0.00 | |
| 98 | 10/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 967.43 | 0.00 | 0.00 | 809.74 | 264542.70 | 0.00 | |
| 99 | 11/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 964.48 | 0.00 | 0.00 | 812.69 | 263730.01 | 0.00 | |
| 100 | 12/1/2018 | 1777.17 | 4.375% | 30 | 0.00 | 961.52 | 0.00 | 0.00 | 815.65 | 262914.36 | 0.00 | |
| 101 | 1/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 958.54 | 0.00 | 0.00 | 818.63 | 262095.73 | 0.00 | |
| 102 | 2/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 955.56 | 0.00 | 0.00 | 821.61 | 261274.12 | 0.00 | |
| 103 | 3/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 952.56 | 0.00 | 0.00 | 824.61 | 260449.51 | 0.00 | |
| 104 | 4/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 949.56 | 0.00 | 0.00 | 827.61 | 259621.90 | 0.00 | |
| 105 | 5/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 946.54 | 0.00 | 0.00 | 830.63 | 258791.27 | 0.00 | |
| 106 | 6/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 943.51 | 0.00 | 0.00 | 833.66 | 257957.61 | 0.00 | 80 |
| 107 | 7/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 940.47 | 0.00 | 0.00 | 836.7 | 257120.91 | 0.00 | |
| 108 | 8/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 937.42 | 0.00 | 0.00 | 839.75 | 256281.16 | 0.00 | |
| 109 | 9/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 934.36 | 0.00 | 0.00 | 842.81 | 255438.35 | 0.00 | |
| 110 | 10/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 931.29 | 0.00 | 0.00 | 845.88 | 254592.47 | 0.00 | |
| 111 | 11/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 928.20 | 0.00 | 0.00 | 848.97 | 253743.50 | 0.00 | |
| 112 | 12/1/2019 | 1777.17 | 4.375% | 30 | 0.00 | 925.11 | 0.00 | 0.00 | 852.06 | 252891.44 | 0.00 | |
| 113 | 1/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 922.00 | 0.00 | 0.00 | 855.17 | 252036.27 | 0.00 | |
| 114 | 2/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 918.88 | 0.00 | 0.00 | 858.29 | 251177.98 | 0.00 | 78 |
| 115 | 3/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 915.75 | 0.00 | 0.00 | 861.42 | 250316.56 | 0.00 | |
| 116 | 4/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 912.61 | 0.00 | 0.00 | 864.56 | 249452.00 | 0.00 | |
| 117 | 5/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 909.46 | 0.00 | 0.00 | 867.71 | 248584.29 | 0.00 | |
| 118 | 6/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 906.29 | 0.00 | 0.00 | 870.88 | 247713.42 | 0.00 | |
| 119 | 7/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 903.12 | 0.00 | 0.00 | 874.05 | 246839.37 | 0.00 | |
| 120 | 8/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 899.94 | 0.00 | 0.00 | 877.23 | 245962.14 | 0.00 | |
| 121 | 9/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 896.74 | 0.00 | 0.00 | 880.43 | 245081.71 | 0.00 | |
| 122 | 10/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 893.53 | 0.00 | 0.00 | 883.64 | 244198.07 | 0.00 | |
| 123 | 11/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 890.31 | 0.00 | 0.00 | 886.86 | 243311.21 | 0.00 | |
| 124 | 12/1/2020 | 1777.17 | 4.375% | 30 | 0.00 | 887.07 | 0.00 | 0.00 | 890.1 | 242421.11 | 0.00 | |
| 125 | 1/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 883.83 | 0.00 | 0.00 | 893.34 | 241527.77 | 0.00 | |
| 126 | 2/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 880.57 | 0.00 | 0.00 | 896.6 | 240631.17 | 0.00 | |
| 127 | 3/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 877.30 | 0.00 | 0.00 | 899.87 | 239731.30 | 0.00 | |
| 128 | 4/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 874.02 | 0.00 | 0.00 | 903.15 | 238828.16 | 0.00 | |
| 129 | 5/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 870.73 | 0.00 | 0.00 | 906.44 | 237921.71 | 0.00 | |
| 130 | 6/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 867.42 | 0.00 | 0.00 | 909.75 | 237011.96 | 0.00 | |
| 131 | 7/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 864.11 | 0.00 | 0.00 | 913.06 | 236098.90 | 0.00 | |
| 132 | 8/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 860.78 | 0.00 | 0.00 | 916.39 | 235182.51 | 0.00 | |
| 133 | 9/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 857.44 | 0.00 | 0.00 | 919.73 | 234262.78 | 0.00 | |
| 134 | 10/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 854.08 | 0.00 | 0.00 | 923.09 | 233339.69 | 0.00 | |
| 135 | 11/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 850.72 | 0.00 | 0.00 | 926.45 | 232413.24 | 0.00 | |
| 136 | 12/1/2021 | 1777.17 | 4.375% | 30 | 0.00 | 847.34 | 0.00 | 0.00 | 929.83 | 231483.41 | 0.00 | |
| 137 | 1/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 843.95 | 0.00 | 0.00 | 933.22 | 230550.19 | 0.00 | |
| 138 | 2/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 840.55 | 0.00 | 0.00 | 936.62 | 229613.57 | 0.00 | |
| 139 | 3/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 837.13 | 0.00 | 0.00 | 940.04 | 228673.53 | 0.00 | |
| 140 | 4/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 833.71 | 0.00 | 0.00 | 943.46 | 227730.07 | 0.00 | |
| 141 | 5/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 830.27 | 0.00 | 0.00 | 946.9 | 226783.17 | 0.00 | |
| 142 | 6/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 826.83 | 0.00 | 0.00 | 950.34 | 225832.81 | 0.00 | |
| 143 | 7/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 823.35 | 0.00 | 0.00 | 953.82 | 224878.90 | 0.00 | |
| 144 | 8/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 819.87 | 0.00 | 0.00 | 957.3 | 223921.60 | 0.00 | |
| 145 | 9/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 816.38 | 0.00 | 0.00 | 960.79 | 222960.81 | 0.00 | |
| 146 | 10/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 812.83 | 0.00 | 0.00 | 964.34 | 221996.51 | 0.00 | |
| 147 | 11/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 809.35 | 0.00 | 0.00 | 967.82 | 221028.80 | 0.00 | |
| 148 | 12/1/2022 | 1777.17 | 4.375% | 30 | 0.00 | 805.83 | 0.00 | 0.00 | 971.34 | 220057.40 | 0.00 | |
| 149 | 1/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 802.29 | 0.00 | 0.00 | 974.88 | 219082.55 | 0.00 | |
| 150 | 2/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 798.74 | 0.00 | 0.00 | 978.43 | 218104.15 | 0.00 | |
| 151 | 3/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 795.17 | 0.00 | 0.00 | 982 | 217122.15 | 0.00 | |
| 152 | 4/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 791.59 | 0.00 | 0.00 | 985.58 | 216136.57 | 0.00 | |
| 153 | 5/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 788.00 | 0.00 | 0.00 | 989.17 | 215147.40 | 0.00 | |
| 154 | 6/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 784.43 | 0.00 | 0.00 | 992.74 | 214154.67 | 0.00 | |
| 155 | 7/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 780.77 | 0.00 | 0.00 | 996.4 | 213158.22 | 0.00 | |
| 156 | 8/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 777.14 | 0.00 | 0.00 | 1000.03 | 212158.19 | 0.00 | |
| 157 | 9/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 773.49 | 0.00 | 0.00 | 1003.68 | 211154.51 | 0.00 | |
| 158 | 10/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 769.83 | 0.00 | 0.00 | 1007.34 | 210147.17 | 0.00 | |
| 159 | 11/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 766.16 | 0.00 | 0.00 | 1011.01 | 209136.16 | 0.00 | |
| 160 | 12/1/2023 | 1777.17 | 4.375% | 30 | 0.00 | 762.48 | 0.00 | 0.00 | 1014.69 | 208121.47 | 0.00 | |
| 161 | 1/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 758.78 | 0.00 | 0.00 | 1018.39 | 207103.08 | 0.00 | |
| 162 | 2/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 755.06 | 0.00 | 0.00 | 1022.11 | 206080.97 | 0.00 | |
| 163 | 3/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 751.34 | 0.00 | 0.00 | 1025.83 | 205055.14 | 0.00 | |
| 164 | 4/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 747.60 | 0.00 | 0.00 | 1029.57 | 204025.57 | 0.00 | |
| 165 | 5/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 743.84 | 0.00 | 0.00 | 1033.33 | 202992.24 | 0.00 | |
| 166 | 6/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 740.08 | 0.00 | 0.00 | 1037.09 | 201955.15 | 0.00 | |
| 167 | 7/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 736.29 | 0.00 | 0.00 | 1040.88 | 200914.27 | 0.00 | |
| 168 | 8/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 732.50 | 0.00 | 0.00 | 1044.67 | 199869.60 | 0.00 | |
| 169 | 9/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 728.69 | 0.00 | 0.00 | 1048.48 | 198821.12 | 0.00 | |
| 170 | 10/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 724.87 | 0.00 | 0.00 | 1052.3 | 197768.82 | 0.00 | |
| 171 | 11/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 721.03 | 0.00 | 0.00 | 1056.14 | 196712.68 | 0.00 | |
| 172 | 12/1/2024 | 1777.17 | 4.375% | 30 | 0.00 | 717.18 | 0.00 | 0.00 | 1059.99 | 195652.69 | 0.00 | |
| 173 | 1/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 713.32 | 0.00 | 0.00 | 1063.85 | 194588.84 | 0.00 | |
| 174 | 2/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 709.44 | 0.00 | 0.00 | 1067.73 | 193521.11 | 0.00 | |
| 175 | 3/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 705.55 | 0.00 | 0.00 | 1071.62 | 192449.49 | 0.00 | |
| 176 | 4/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 701.64 | 0.00 | 0.00 | 1075.53 | 191373.96 | 0.00 | |
| 177 | 5/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 697.72 | 0.00 | 0.00 | 1079.45 | 190294.51 | 0.00 | |
| 178 | 6/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 693.78 | 0.00 | 0.00 | 1083.39 | 189211.12 | 0.00 | |
| 179 | 7/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 689.83 | 0.00 | 0.00 | 1087.34 | 188123.78 | 0.00 | |
| 180 | 8/1/2025 | 1777.17 | 4.375% | 30 | 0.00 | 685.87 | 0.00 | 0.00 | 1091.3 | 187032.48 | 0.00 | |

Case 3:14-cv-00093-GMG Document 25-1 Filed 05/21/15 Page 11 of 11 PageID #: 328

green tree

P.O. Box 6172
Rapid City, SD 57709-6172
1-800-643-0202
Fax 1-866-870-6919
GTServicing.com

December 6, 2013

CURT RICE
97 STEPHANIE WAY
CHARLES TOWN, WV 25414

RE: Account Number

Dear Curt Rice:

This letter is in response to your correspondence received on November 9, 2013, regarding the above-mentioned account with Green Tree Servicing LLC ("Green Tree"). We appreciate this opportunity to respond.

Thank you for bringing your issues to our attention. We would like to apologize that the service you received was not to your satisfaction. Please be assured, appropriate department management has been notified, and will address the issue accordingly. Green Tree's mission is to provide exceptional levels of servicing and we continuously strive to recognize opportunities for improvement.

After further research, the current Loan to Value ratio is 95.87%. This was calculated by using today's principal balance ($308,583.15) divided by the value at the time of the loan modification ($322,700.00). The scheduled date for automatic termination of the PMI (Private Mortgage Insurance) is February 1, 2020.

As of the date of this response, the account is next due $2,146.78 for the January 1, 2014 payment.

If you have any questions, please call Customer Service toll-free at 1-800-643-0202, Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST.

Respectfully,

Green Tree
Customer Service

/skk/38/

*This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.*

EXHIBIT
A-3