# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| Curt Rice | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:14cv93 |
| Green Tree Servicing, LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court ORDERS that the Defendant pay to the Plaintiff actual damages in the amount of what the Plaintiff overpaid in private mortgage insurance each month since April 1, 2014, at $188.10 per month totaling $3,385.80 as of the date of this Order plus interest.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Gina Groh  on a motion for

The Court further ORDERS that the Defendant pay to the Plaintiff his reasonable costs of the action/attorneys fee .

Date:  9/15/15

*CLERK OF COURT*

Chery Dean Riley

*Signature of Clerk or Deputy Clerk*